# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jennifer Montgomery, :
                    Petitioner :
                              :
        v.                    :    No. 336 F.R. 2020
                              :
Commonwealth of Pennsylvania, :
                    Respondent :

# **O R D E R**

AND NOW, this 26th day of June 2024, Intervenor Sheetz, Inc.'s Application to Report the Court's Unreported Memorandum Opinion is GRANTED. It is hereby ORDERED that the above-captioned opinion filed April 23, 2024 shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

_____
MATTHEW S. WOLF, Judge